THE BOARD OF COMMISSIONERS OF JACKSON COUNTY *v.* WM. AD-
DINGTON and others.

An appeal by a plaintiff, from a judgment rendered against him in a Justice's
Court, for $6.30, costs in a suit against the defendant on an account for over
$80.00, should be entered by the Clerk on the trial, or civil issue docket, of the
Superior Court, to be tried *de novo.* Such appeal cannot be heard by the
Judge at Chambers.

(*Cowles* v. *Haynes*, 67 N. C. Rep. 128 ; and *Wells* v. *Sluder*, decided at this term
cited and approved.)

CIVIL ACTION, determined by *Cannon, J.,* at Chambers, in
MACON county, July 10th, 1872.

The plaintiffs sued the defendants, who were mail con-
tractors, on an account for tolls due Jackson county, in a
Justice's Court of Macon county. The account was for
$82.30. The Justice gave a judgment in favor of defendants
and against the plaintiffs for $6.60 costs, and the plaintiffs
appealed.

The transcript of the Justice's record being sent to his
Honor, he adjudged that the judgment being for a less sum
than twenty-five dollars, the case was properly before him at
Chambers. And a motion by the plaintiffs that the case be
remanded to the Clerk of the Superior Court of Macon
county, with directions that it be placed on the Civil Issue
Docket, on the ground that the Court had no jurisdiction of
the matter, unless in term time, the amount in controversy
being over twenty-five dollars, was overruled. From which
judgment, the plaintiffs appealed.

Other points, unnecessary to state, were made before his
Honor, the case being decided in this Court upon the ques-
tion of jurisdiction.

*Dupre* and *Jones & Jones,* for appellants.
*A. S. Merrimon,* contra.

MARTIN *v.* RICHARDSON and another.

BOYDEN, J.   His Honor was mistaken in supposing that this was a case for his decision at Chambers.   The case should have been placed on the trial, or issue docket, to be tried *de novo*, as has been repeatedly decided in this Court.

It is when the sum recovered against the defendant is less than $25.00, or when the plaintiff's demand does not exceed that sum, that his Honor is to decide the case at Chambers; but when the plaintiff's claim is for more than twenty-five dollars, as in this case it is for more than eighty dollars, and he recovered nothing, or less than twenty-five dollars, but a judgment is rendered against the plaintiff, the appeal is to be placed upon the trial, or issue docket, to be tried anew in the Superior Court upon the facts, as was decided in the case of *Cowles* v. *Haynes*, 67 N. C. Rep. 128, and the case of *Wells* v. *Sluder*, at this term.

This disposes of the case in this Court, and renders it unnecessary to notice the other points made in the case.

There is error.

This will be certified.

PER CURIAM.                    Judgment reversed.